UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>TIERRA DE LAS PALMAS OA, et al.<br><br>　　　　　　　　　　　Defendants. | Case No. 2:15-cv-01146-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #28) |

This matter is before the court on Third Party Defendant Absolute Collection Services, LLC's ("ACS") Substitution of Attorney (Dkt. #28) filed November 6, 2015. John P. Michaelson seeks leave to be substituted in the place and stead of Derrick S. Penney for Third Party Defendant ACS. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #28) is **APPROVED**.
2. John P. Michaelson is substituted in the place of Derrick S. Penney for Third Party Defendant ACS, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 16th day of November, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE