UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>                    Plaintiff,<br>v.<br>TIERRA DE LAS PALMAS OA, et al.,<br><br>                    Defendants. | Case No. 2:15-cv-01146-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #34) |

This matter is before the court on the Motion to Substitute Attorney (Dkt. #34) filed February 29, 2016.  Shane Cox seeks leave to be substituted in the place and stead of John P. Michaelson for Third Party Defendant Absolute Collection Services, LLC.  LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #34) is **APPROVED**.
2. Shane Cox is substituted in the place of John P. Michaelson for Third Party Defendant Absolute Collection Services, LLC, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 2nd day of March, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE