MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON Z. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for Plaintiff and Counter-Defendant*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TIERRA DE LAS PALMAS OA, SFR INVESTMENTS POOL 1, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-01146-RFB-PAL<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company<br><br>Counterdefendant. | |
| TIERRA DE LAS PALMAS OA,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Third Party Defendant. | |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

1

43844911;1

**PLEASE TAKE NOTICE** that Nationstar Mortgage LLC, hereby provides notice that Christine M. Paravan, Esq. in no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Jason Z. Zummo, Esq. and should receive all future notices

DATED: this 17th day of January, 2018

**AKERMAN LLP**

/s/ *Jason Z. Zummo*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON Z. ZUMMO, ESQ.
Nevada Bar No. 13995
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff and Counter-Defendant Nationstar Mortgage LLC*

## COURT APPROVAL

IT IS SO ORDERED.

Date: January 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** addressed to:

| | |
|---|---|
| Shane D. Cox, Esq.<br>**Absolute Collection Services, LLC**<br>8440 W. Lake Mead Blvd., Ste. 210<br>Las Vegas, Nevada 89128<br>*Attorney for Third Party Defendant*<br>*Absolute Collection Services, LLC* | James W. Pengilly, Esq.<br>Elizabeth B. Lowell, Esq.<br>**Pengilly Law Firm**<br>1995 Village Center Cir., Ste. 190<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Tierra De Las Palmas OA* |
| Howard C. Kim, Esq.<br>Diana Cline Ebron, Esq.<br>Jacqueline A. Gilbert, Esq.<br>**Kim Gilbert Ebron**<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for Defendant/Counterclaimant*<br>*SFR Investments Pool I, LLC* | |

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3

43844911;1