MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for Plaintiff and Counter-Defendant*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TIERRA DE LAS PALMAS OA, SFR INVESTMENTS POOL 1, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01146-RFB-PAL<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company<br><br>Counterdefendant. | |

| | |
|---|---|
| TIERRA DE LAS PALMAS OA, | |
| Third Party Plaintiff, | |
| vs. | |
| ABSOLUTE COLLECTION SERVICES, LLC, | |
| Third Party Defendant. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Nationstar Mortgage LLC, hereby provides notice that Jason Zummo, Esq. in no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC in this action. All future correspondence, notices and papers in this action should continue to be directed Melanie Morgan, Esq. and Karen Whelan, Esq.

DATED April 23, 2018.

**AKERMAN LLP**

*/s/ Karen A. Whelan, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff and Counter-Defendant Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: May 3, 2018

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** addressed to:

Shane D. Cox, Esq.
**Absolute Collection Services, LLC**
8440 W. Lake Mead Blvd., Ste. 210
Las Vegas, Nevada 89128

*Attorney for Third Party Defendant Absolute Collection Services, LLC*

James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
**Pengilly Law Firm**
1995 Village Center Cir., Ste. 190
Las Vegas, Nevada 89148

*Attorneys for Defendant Tierra De Las Palmas OA*

Howard C. Kim, Esq.
Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
**Kim Gilbert Ebron**
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for Defendant/Counterclaimant SFR Investments Pool I, LLC*

*/s/ Allen G .Stephens*
An employee of AKERMAN LLP