MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF ESQ.
Nevada Bar No. 12703
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for Plaintiff and Counter-Defendant Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TIERRA DE LAS PALMAS OA, SFR INVESTMENTS POOL 1, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company<br><br>Counterdefendant. | Case No.: 2:15-cv-01146-RFB-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1

46721447;1

| | |
|---|---|
| TIERRA DE LAS PALMAS OA, | |
| | Third Party Plaintiff, |
| vs. | |
| ABSOLUTE COLLECTION SERVICES, LLC, | |
| | Third Party Defendant. |

**PLEASE TAKE NOTICE** that Nationstar Mortgage LLC, hereby provides notice that Karen A. Whelan, Esq. in no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Nationstar Mortgage, LLC All future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Rebekkah B. Bodoff, Esq.

Respectfully submitted, this 17th day of October, 2018.

**AKERMAN LLP**

/s/ *Rebekkah B. Bodoff*
MELANIE D. MORGAN
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff and Counter-Defendant Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: October 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2

46721447;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2018, and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**, addressed to

| | |
|---|---|
| Shane D. Cox, Esq.<br>**Absolute Collection Services, LLC**<br>8440 W. Lake Mead Blvd., Ste. 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Third Party Defendant*<br>*Absolute Collection Services, LLC* | James W. Pengilly, Esq.<br>Elizabeth B. Lowell, Esq.<br>**Robbins Law Firm**<br>1995 Village Center Cir., Ste. 190<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Defendant Tierra De Las Palmas OA* |
| Howard C. Kim, Esq.<br>Diana S. Ebron, Esq.<br>Jacqueline A. Gilbert, Esq.<br>**Kim Gilbert Ebron**<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for Defendant/Counterclaimant*<br>*SFR Investments Pool I, LLC* | |

                                          */s/ Doug J. Layne*
                                          An employee of AKERMAN LLP

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46721447;1