UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br>v.<br><br>TIERRA DE LAS PALMAS OWNERS' ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:15-cv-01146-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 51) |

This matter is before the court on the Substitution of Attorneys (ECF No. 51). Sean L. Anderson of Leach Kern Gruchow Anderson Song seeks leave to be substituted in the place of James W. Pengilly and Elizabeth B. Lowell of the Robbins Law Firm for Tierra De Las Palmas OA. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 51) is **GRANTED**.
2. Sean L. Anderson is substituted in the place of James W. Pengilly and Elizabeth B. Lowell for Tierra De Las Palmas OA, subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 14th day of January 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1