MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff and Counter-Defendant Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>            Plaintiff,<br><br>v.<br><br>TIERRA DE LAS PALMAS OA, SFR INVESTMENTS POOL 1, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants. | Case No.:   2:15-cv-01146-RFB-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,<br><br>            Counterclaimant,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company<br><br>            Counterdefendant. | |

56438795;1

1

|   |   |
|---|---|
| 1 | TIERRA DE LAS PALMAS OA, |
| 2 | Third Party Plaintiff, |
| 3 | v. |
| 4 | ABSOLUTE COLLECTION SERVICES, LLC, |
| 5 | Third Party Defendant. |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jared Sechrist, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Sechrist be removed from the service list.

Akerman LLP continues to serve as counsel for Nationstar Mortgage in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Donna M. Wittig, Esq.

DATED this 9th day of February, 2021

**AKERMAN LLP**

*/s/ Donna M. Wittig, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff and Counter-Defendant Nationstar Mortgage LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: February 16, 2021.

2

56438795;1